Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−22359−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric B Stevenson | Dawn A Stevenson |
| 509 Cambridge Drive | 509 Cambridge Drive |
| Mt. Laurel, NJ 08054 | Mt. Laurel, NJ 08054 |

Social Security No.:
   xxx−xx−4546                                     xxx−xx−0462

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

      Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 18, 2021
JAN: admi

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 20-22359-JNP

Eric B Stevenson    Chapter 13

Dawn A Stevenson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Jan 19, 2021    Form ID: finmgtc    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eric B Stevenson, Dawn A Stevenson, 509 Cambridge Drive, Mt. Laurel, NJ 08054-2803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2021 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Jan 19, 2021     Form ID: finmgtc     Total Noticed: 3

| | |
|---|---|
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Michael R. DuPont | on behalf of Creditor ABCO Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Steven N. Taieb | on behalf of Debtor Eric B Stevenson staieb@comcast.net  sntgale@aol.com |
| Steven N. Taieb | on behalf of Joint Debtor Dawn A Stevenson staieb@comcast.net  sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6