STEVEN N. TAIEB, ESQ.
Attorney at Law
BY */s/ Steven N. Taieb, Esq.*
 Steven N. Taieb ST8001
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE JEROLD N. POSLUSNY, JR.

_____

In Re:                                                                                          : CASE NO:   20-22359

ERIC & DAWN STEVENSON                                              : CHAPTER 13
        Debtor(s)

                                                                                               : HEARING DATE:
_____

CERTIFICATION OF DEBTOR

Eric B. Stevenson, upon his  certification says:

1. I am the debtor in the above matter along with my wife.

2. Our daughter has peanut allergies, which has isolated her from her peers.  This is the reason we spend $200 per month on her activities.

3. Part of the money went to Sylvan Learning Center prior to the pandemic since our daughter needs tutoring.  The rest goes to dance class since she was isolated due to her peanut allergies so she could have contact with her peers.  Finally, the money goes to robotics since that was also a peanut free activity.

4. I hereby certify that the foregoing statements made by me are true.  I am aware that if

 any of the foregoing statements made by me are willfully false I am subject to punishment.
.

Dated:  1/25/21                                                                 */s/Eric B. Stevenson*
                                                                                      ERIC B. STEVENSON
                                                                                      Debtor