Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−22359−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric B Stevenson | Dawn A Stevenson |
| 509 Cambridge Drive | 509 Cambridge Drive |
| Mt. Laurel, NJ 08054 | Mt. Laurel, NJ 08054 |

Social Security No.:
   xxx−xx−4546                                                       xxx−xx−0462

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 20, 2021.


Dated: May 20, 2021
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 20-22359-JNP
Eric B Stevenson                                                                                 Chapter 13
Dawn A Stevenson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: May 20, 2021      Form ID: plncf13      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric B Stevenson, Dawn A Stevenson, 509 Cambridge Drive, Mt. Laurel, NJ 08054-2803 |
| cr | + | ABCO Federal Credit Union, McKenna, DuPont Higgins & Stone, 229 Broad Street, PO Box 610, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519011970 | | ABCO FCU, 621 Beverly Rancocas Road, Rancocas, NJ 08073 |
| 519011971 | | Abco Federal Credit Union, 621 Beverly Rancocas Road, Rancocas, NJ 08073 |
| 519020833 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519011980 | | IC Systems Inc., PO Box 64437, St. Paul, MN 55164-0437 |
| 519027379 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519071254 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519011987 | + | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 519011988 | | Northstar Location Services, LLC, Attn: Financial Services Department, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 519011969 | | PO Box 6286, Sioux Falls, SD 57117-6286 |
| 519011989 | | ProCo, PO Box 2462, New York, NY 10014 |
| 519049280 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519011991 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519011995 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Division of Taxation, Attn: Bankruptcy Department, PO Box 245, Trenton, NJ 08695-0267 |
| 519011993 | | Selip & Stylianou,LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 519011994 | | State of New Jersey Division of Taxation, Compliance Enforcement Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0267 |
| 519012000 | + | TD Bank, PO Box 1448, Greenville, SC 29602-1448 |
| 519012001 | | USAA Credit Card Payments, 10750 McDermott Parkway, San Antonio, TX 78288-0570 |
| 519012003 | + | WFPLA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 519019753 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519012002 | | Wells Fargo Bank, N.A., MAC F8235-040, PO Box 5129, Sioux Falls, SD 57117-5129 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519011972 | + | Email/Text: amscbankruptcy@adt.com | May 20 2021 21:25:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 519040374 | + | Email/Text: amscbankruptcy@adt.com | May 20 2021 21:25:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 519011973 | | Email/Text: legal@arsnational.com | May 20 2021 21:23:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 519066749 | + | Email/PDF: rmscedi@recoverycorp.com | May 20 2021 21:46:38 | Bureaus Investment Group Portfolio No 15 LLC, |

Case 20-22359-JNP    Doc 24    Filed 05/22/21    Entered 05/23/21 00:16:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: plncf13 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519065052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:46:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519011974 | + | Email/Text: mediamanagers@clientservices.com | May 20 2021 21:22:00 | Client Services Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 519011975 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 20 2021 21:24:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 519011976 | + | Email/Text: clientservices@credit-control.com | May 20 2021 21:24:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 519035454 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2021 21:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519011977 | | Email/Text: mrdiscen@discover.com | May 20 2021 21:23:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519040500 | + | Email/Text: mrdiscen@discover.com | May 20 2021 21:23:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519011978 | + | Email/Text: Banko@frontlineas.com | May 20 2021 21:25:00 | Frontline Asset Strategies, 2700 Snelling Avenue North, Suite 250, Saint Paul, MN 55113-1783 |
| 519011979 | | Email/Text: Harris@ebn.phinsolutions.com | May 20 2021 21:25:00 | Harris & Harris, Ltd, 111 W. Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 519011982 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 20 2021 21:23:00 | IRS Special Procedures, Banrkuptcy Section, PO Box 744, Springfield, NJ 07081-0744 |
| 519011983 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 20 2021 21:44:33 | JCMCB, PO Box 15369, Wilmington, DE 19850 |
| 519011984 | + | Email/Text: PBNCNotifications@peritusservices.com | May 20 2021 21:23:00 | Kohls, PO Box 3084, Milwaukee, WI 53201-3084 |
| 519020638 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2021 21:46:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519011985 | + | Email/Text: laura@redbanklaw.com | May 20 2021 21:23:00 | McKenna, Dupont, Higgins & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519011986 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2021 21:24:00 | Midland Credit Management Inc, 350 Camina De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519017751 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2021 21:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519057541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 20 2021 21:46:37 | Portfolio Recovery Associates, LLC, c/o OLD NAVY, POB 41067, Norfolk, VA 23541 |
| 519050954 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 20 2021 21:45:38 | Portfolio Recovery Associates, LLC, c/o Pep Boys, POB 41067, Norfolk VA 23541 |
| 519064897 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2021 21:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519011990 | + | Email/Text: bankruptcyteam@quickenloans.com | May 20 2021 21:24:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519011992 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:45:42 | Sears/CNBA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519011996 | + | Email/PDF: gecsedi@recoverycorp.com | May 20 2021 21:44:31 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519011999 | | Email/PDF: gecsedi@recoverycorp.com | May 20 2021 21:44:31 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 519066118 | + | Email/PDF: gecsedi@recoverycorp.com | May 20 2021 21:44:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519011998 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | Bypass Reason | | Date/Time | Notice Info |
|---|---|---|---|---|
| | | | May 20 2021 21:46:30 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519013102 | + | Email/PDF: gecsedi@recoverycorp.com | May 20 2021 21:46:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519011981 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519057765 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519011997 | *+ | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Michael R. DuPont | on behalf of Creditor ABCO Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Steven N. Taieb | on behalf of Debtor Eric B Stevenson staieb@comcast.net sntgale@aol.com |
| Steven N. Taieb | on behalf of Joint Debtor Dawn A Stevenson staieb@comcast.net sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6