UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc.

In Re:

Eric B. Stevenson & Dawn A. Stevenson,

Debtors.

Case No.:         20-22359-JNP

Chapter:                13

Hearing Date:        8/2/2022

Judge:               Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 509 Cambridge Drive (Docket # 26)

_____

Date: 7/28/2022                                /s/ Denise Carlon
                                               Signature

*rev.8/1/15*