Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-22359 (JNP)

Eric B. Stevenson and Dawn A. Stevenson  
509 Cambridge Drive  
Mount Laurel, NJ  08054

Monthly Payment: $780.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/17/2022 | $760.00 | 02/28/2022 | $760.00 | 03/03/2022 | $760.00 | 04/05/2022 | $760.00 |
| 05/03/2022 | $760.00 | 06/07/2022 | $760.00 | 07/05/2022 | $760.00 | 08/01/2022 | $760.00 |
| 09/07/2022 | $780.00 | 10/05/2022 | $780.00 | 11/08/2022 | $780.00 | 12/13/2022 | $780.00 |
| 12/13/2022 | $780.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERIC B. STEVENSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $4,460.00 | $4,460.00 | $0.00 | $4,460.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $595.00 | $595.00 | $0.00 | $0.00 |
| 1 | ABCO FEDERAL CREDIT UNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ADT, LLC | 33 | $900.84 | $0.00 | $0.00 | $0.00 |
| 3 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ABCO FEDERAL CREDIT UNION | 33 | $10,245.71 | $0.00 | $0.00 | $0.00 |
| 5 | CLIENT SERVICES INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND FUNDING, LLC | 33 | $3,501.22 | $0.00 | $0.00 | $0.00 |
| 7 | CREDIT CONTROL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DISCOVER BANK | 33 | $7,025.57 | $0.00 | $0.00 | $0.00 |
| 9 | FRONTLINE ASSET STRATEGIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | HARRIS & HARRIS, LTD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | IC SYSTEMS INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | IRS SPECIAL PROCEDURES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $2,662.88 | $0.00 | $2,662.88 | $0.00 |
| 14 | JPMORGAN CHASE BANK, N.A. | 33 | $3,457.94 | $0.00 | $0.00 | $0.00 |
| 15 | KOHL'S | 33 | $3,500.06 | $0.00 | $0.00 | $0.00 |
| 16 | MCKENNA, DUPONT,HIGGINS & STONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SYNCHRONY BANK | 33 | $1,404.50 | $0.00 | $0.00 | $0.00 |
| 20 | PO BOX 6286 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PROCO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ROCKET MORTGAGE, LLC | 24 | $20,831.74 | $10,177.40 | $10,654.34 | $2,904.64 |
| 24 | CITIBANK, N.A. | 33 | $593.27 | $0.00 | $0.00 | $0.00 |
| 25 | SELIP & STYLIANOU,LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF NEW JERSEY | 33 | $1,537.37 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | STATE OF NEW JERSEY | 28 | $4,669.09 | $0.00 | $4,669.09 | $0.00 |
| 28 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,785.98 | $0.00 | $0.00 | $0.00 |
| 30 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | USAA CREDIT CARD PAYMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $8,982.10 | $0.00 | $0.00 | $0.00 |
| 35 | WELLS FARGO BANK, N.A. | 33 | $8,889.38 | $0.00 | $0.00 | $0.00 |
| 36 | DAWN A. STEVENSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | STEVEN N. TAIEB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | MIDLAND FUNDING, LLC | 33 | $6,581.71 | $0.00 | $0.00 | $0.00 |
| 40 | MIDLAND FUNDING, LLC | 33 | $5,493.08 | $0.00 | $0.00 | $0.00 |
| 41 | BANK OF AMERICA, N.A. | 33 | $1,704.28 | $0.00 | $0.00 | $0.00 |
| 42 | DEPARTMENT OF THE TREASURY | 33 | $4,938.94 | $0.00 | $0.00 | $0.00 |
| 43 | DEPARTMENT STORES NATIONAL BANK | 33 | $3,359.72 | $0.00 | $0.00 | $0.00 |
| 44 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,144.71 | $0.00 | $0.00 | $0.00 |
| 45 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $287.66 | $0.00 | $0.00 | $0.00 |
| 46 | QUANTUM3 GROUP, LLC | 33 | $290.70 | $0.00 | $0.00 | $0.00 |
| 47 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC | 33 | $1,847.81 | $0.00 | $0.00 | $0.00 |
| 48 | SYNCHRONY BANK | 33 | $2,840.96 | $0.00 | $0.00 | $0.00 |
| 49 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2020 | 4.00 | $0.00 |
| 04/01/2021 | Paid to Date | $3,480.00 |
| 05/01/2021 | 16.00 | $760.00 |
| 09/01/2022 | 39.00 | $780.00 |
| 12/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,980.00 |
| Total paid to creditors this period: | $7,364.64 |
| Undistributed Funds on Hand: | $1,425.84 |
| Arrearages: | ($20.00) |
| Attorney: | STEVEN N. TAIEB, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**