UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Eric Stevenson & Dawn Stevenson,

Debtors.

Case No.: 20-22359-JNP

Chapter: 13

Hearing Date: 11/5/2024

Judge: Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 43)

_____

Date: 10/31/2024                                  /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*