**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric B Stevenson | Social Security number or ITIN xxx–xx–4546 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Dawn A Stevenson | Social Security number or ITIN xxx–xx–0462 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–22359–JNP | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric B Stevenson                                    Dawn A Stevenson

3/28/25                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-22359-JNP
Eric B Stevenson                                                                    Chapter 13
Dawn A Stevenson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 4
Date Rcvd: Mar 28, 2025        Form ID: 3180W        Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric B Stevenson, Dawn A Stevenson, 509 Cambridge Drive, Mt. Laurel, NJ 08054-2803 |
| cr | + | ABCO Federal Credit Union, McKenna, DuPont Higgins & Stone, 229 Broad Street, PO Box 610, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519011970 | | ABCO FCU, 621 Beverly Rancocas Road, Rancocas, NJ 08073 |
| 519011971 | | Abco Federal Credit Union, 621 Beverly Rancocas Road, Rancocas, NJ 08073 |
| 519071254 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519011984 | + | Kohls, PO Box 3084, Milwaukee, WI 53201-3084 |
| 519011985 | + | McKenna, Dupont,Higgins & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519011969 | | PO Box 6286, Sioux Falls, SD 57117-6286 |
| 519011989 | | ProCo, PO Box 2462, New York, NY 10014 |
| 519011990 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519049280 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519012003 | + | WFPLA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 519794790 | | Wells Fargo N.A. Servicing Center, MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519011972 | + | Email/Text: amscbankruptcy@adt.com | Mar 28 2025 20:50:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 519040374 | + | Email/Text: amscbankruptcy@adt.com | Mar 28 2025 20:50:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 519011973 | | Email/Text: legal@arsnational.com | Mar 28 2025 20:49:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 519020833 | + | EDI: BANKAMER2 | Mar 29 2025 00:23:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519066749 | + | EDI: PRA.COM | Mar 29 2025 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519011976 | | Email/Text: correspondence@credit-control.com | Mar 28 2025 20:48:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042 |
| 519065052 | | EDI: CITICORP | Mar 29 2025 00:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 20-22359-JNP    Doc 58    Filed 03/30/25    Entered 03/31/25 00:17:06    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 519011974 | + | Email/Text: mediamanagers@clientservices.com | Mar 28 2025 20:47:00 | Client Services Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 519011975 | | EDI: WFNNB.COM | Mar 29 2025 00:23:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 519035454 | | EDI: Q3G.COM | Mar 29 2025 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519011977 | | EDI: DISCOVER | Mar 29 2025 00:23:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519040500 | + | EDI: DISCOVER | Mar 29 2025 00:23:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519011978 | + | Email/Text: Banko@frontlineas.com | Mar 28 2025 20:50:00 | Frontline Asset Strategies, 2700 Snelling Avenue North, Suite 250, Saint Paul, MN 55113-1783 |
| 519011979 | | EDI: PHINHARRIS | Mar 29 2025 00:23:00 | Harris & Harris, Ltd, 111 W. Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 519011980 | | EDI: LCIICSYSTEM | Mar 29 2025 00:23:00 | IC Systems Inc., PO Box 64437, St. Paul, MN 55164-0437 |
| 519011982 | | EDI: IRS.COM | Mar 29 2025 00:23:00 | IRS Special Procedures, Banrkuptcy Section, PO Box 744, Springfield, NJ 07081-0744 |
| 519011983 | + | EDI: JPMORGANCHASE | Mar 29 2025 00:23:00 | JCMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 519027379 | + | Email/Text: RASEBN@raslg.com | Mar 28 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519921031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:46:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921032 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:57:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519020638 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:56:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519011986 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2025 20:49:00 | Midland Credit Management Inc, 350 Camina De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519017751 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2025 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519011987 | ^ | MEBN | Mar 28 2025 20:35:49 | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 519011988 | ^ | MEBN | Mar 28 2025 20:34:30 | Northstar Location Services, LLC, Attn: Financial Services Department, 4285 Genessee St., Cheektowaga, NY 14225-1943 |
| 519057541 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, c/o OLD NAVY, POB 41067, Norfolk, VA 23541 |
| 519050954 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, c/o Pep Boys, POB 41067, Norfolk VA 23541 |
| 519064897 | | EDI: Q3G.COM | Mar 29 2025 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519011991 | + | Email/Text: ngisupport@radiusgs.com | Mar 28 2025 20:48:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519011993 | | Email/Text: EBN@seliplaw.com | Mar 28 2025 20:48:00 | Selip & Stylianou,LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 519011995 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 28 2025 20:48:00 | State of NJ Division of Taxation, Attn: Bankruptcy |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | | Department, PO Box 245, Trenton, NJ 08695-0267 |
| 519011992 | + EDI: CITICORP | Mar 29 2025 00:23:00 | Sears/CNBA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519011994 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 28 2025 20:48:00 | State of New Jersey Division of Taxation, Compliance Enforcement Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0267 |
| 519011996 | + EDI: SYNC | Mar 29 2025 00:23:00 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519011999 | EDI: SYNC | Mar 29 2025 00:23:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 519011998 | EDI: SYNC | Mar 29 2025 00:23:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519013102 | + EDI: AISACG.COM | Mar 29 2025 00:23:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519012000 | + EDI: TDBANKNORTH.COM | Mar 29 2025 00:23:00 | TD Bank, PO Box 1448, Greenville, SC 29602-1448 |
| 519012001 | EDI: USAA.COM | Mar 29 2025 00:23:00 | USAA Credit Card Payments, 10750 McDermott Parkway, San Antonio, TX 78288-0570 |
| 519012002 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 28 2025 20:56:54 | Wells Fargo Bank, N.A., MAC F8235-040, PO Box 5129, Sioux Falls, SD 57117-5129 |
| 519019753 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 28 2025 20:56:54 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519011981 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519057765 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519011997 | *+ | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519066118 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: 3180W | Total Noticed: 56 |

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor ABCO Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Steven N. Taieb | on behalf of Debtor Eric B Stevenson staieb@comcast.net sntgale@aol.com |
| Steven N. Taieb | on behalf of Joint Debtor Dawn A Stevenson staieb@comcast.net sntgale@aol.com |
| Thomas G. Egner | on behalf of Debtor Eric B Stevenson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Joint Debtor Dawn A Stevenson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10