Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20–22359–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric B Stevenson | Dawn A Stevenson |
| 509 Cambridge Drive | 509 Cambridge Drive |
| Mt. Laurel, NJ 08054 | Mt. Laurel, NJ 08054 |

Social Security No.:
    xxx–xx–4546                            xxx–xx–0462

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 28, 2025</u>               <u>Jerrold N. Poslusny Jr.</u>
                                       Judge, United States Bankruptcy Court